COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00335-CR & 01-14-00336-CR |
| Style: | Damion Gentry v. The State of Texas |
| Date motion filed[*]: | July 6, 2015 |
| Type of motion: | State's Motion to Order Reporter to File Certification Hearing Record |
| Party filing motion: | Appellee |
| Document to be filed: | Supplemental Reporter's Record |

Is appeal accelerated?         No.

Ordered that motion is:

☐ Granted

☐ No further extensions of time will be granted.

☐ Denied

☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☑ Other: _____

On July 8, 2015, the Clerk of this Court granted the court reporter's request, made that day, for an extension of time to file the requested supplemental reporter's record, including the exhibit volume, until August 7, 2015.  On July 10, 2015, the State filed its appellee's brief, using a draft of the requested supplemental reporter's record, and a separate letter stating that it will file a motion to amend this section of its brief to conform after the supplemental reporter's record is filed, if necessary.  Accordingly, the State's motion to order the reporter to file this record by July 9, 2015, is **dismissed as moot.**

Judge's signature: /s/ <u>Laura C. Higley</u>
                          ☒ Acting individually        ☐ Acting for the Court

Date:  July 16, 2015

November 7, 2008 Revision